## RAMM *v.* RAMM.

No. 1294.   Decided June 9, 1969.

*Norman Ramm,* appellant, *pro se.*

Per Curiam.

The appeal is dismissed for want of a substantial federal question.

## JONES *v.* UNITED STATES.

No. 966, Misc.   Decided June 9, 1969.

*Edward L. Cragen* for petitioner.

*Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

Per Curiam.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States District Court for the Southern District of California for further consideration in light of *Alderman* v. *United States,* 394 U. S. 165.